Louis F. Teran (SBN: 249494)
SLC LAW GROUP
1055 E. Colorado Blvd., Suite #500
Pasadena, CA 91106
Phone: (818) 484-3217 x200
Facsimile: (886) 665-8877
Email: Lteran@SLCLG.com

Attorney for Defendant USGlobalSAT, Inc.

Coleman W. Watson (SBN: 266015)
*Watson LLP*
601 South Figueroa Street Suite 4050
Los Angeles, CA
Phone: (213) 228-3233
Facsimile: (213) 330-4222
Email: coleman@watsonllp.com

Attorney for Plaintiff Inventergy LBS, LLC

E-FILED 9/24/19
JS-6

# UNITED STATES DISTRICT COURT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVENTERGY LBS, LLC., <br><br> Plaintiff, <br><br> vs <br><br> USGLOBALSAT, INC., <br><br> Defendant. | Case No. 5:18-CV-02546 PSG (SPx) <br> Hon. Judge Philip S. Gutierrez <br><br> **JOINT STIPULATION OF DISMISSAL**; ORDER |

JOINT STIPULATION OF DISMISSAL - 1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 20, 2019

_____
LOUIS F. TERAN
Attorney for the Defendant
USGlobalSAT, Inc.

Dated: September 23, 2019

_____
Coleman W. Watson
Attorney for the Plaintiff
Inventergy LBS, LLC

IT IS SO ORDERED.

DATED: 9/23/19

_____
U.S. DISTRICT JUDGE